# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**14**
**CA 16-00247**
PRESENT: CENTRA, J.P., CARNI, LINDLEY, AND SCUDDER, JJ.

---

LISA MARIE GUY, PLAINTIFF-RESPONDENT,

V                                        MEMORANDUM AND ORDER

ERIC GUY, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

JUSTIN S. WHITE, WILLIAMSVILLE, FOR DEFENDANT-APPELLANT.

JOHN P. PIERI, BUFFALO, FOR PLAINTIFF-RESPONDENT.

CHERYL A. ALOI, ATTORNEY FOR THE CHILDREN, BUFFALO.

---------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 6, 2015. The order directed defendant to pay attorney's fees of $13,958.26 to counsel for plaintiff.

It is hereby ORDERED that the order so appealed from is unanimously reversed on the law without costs, and plaintiff's application for attorney's fees is denied.

Same memorandum as in *Guy v Guy* ([appeal No. 1] ___ AD3d ___ [Feb. 3, 2017]).

Entered:  February 3, 2017                    Frances E. Cafarell
                                              Clerk of the Court